UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONDON LUXURY LLC,

                  Plaintiff,

       -v.-

HSBC BANK USA, N.A.,

                 Defendant.

22 Civ. 4235 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a telephonic conference on **May 26, 2022, at 3:15 p.m.**, during which the Court will render an oral decision on Plaintiff's motion for a temporary restraining order.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference line will not be available prior to 3:15 p.m.

      SO ORDERED.

Dated:  May 26, 2022
         New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge