UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONDON LUXURY LLC,<br><br>                      Plaintiff,<br><br>              -v.-<br><br>HSBC BANK USA, N.A.,<br><br>                      Defendant. | 22 Civ. 4235 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record on May 26, 2022, Plaintiff's application for a temporary restraining order is DENIED.

    SO ORDERED.

Dated:  May 26, 2022
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge